FILED

APR - 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.Q. DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF TREASURY, )<br>INTERNAL REVENUE SERVICE, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05 0690 |

### ORDER

UPON CONSIDERATION of the Motion to Proceed With Pseudonym, filed on behalf of Plaintiff, J.Q. Doe, on April 6, 2005, ~~and all papers filed in support of or in opposition thereto~~, it be and is hereby

ORDERED that the Motion to Proceed With Pseudonym, filed on behalf of Plaintiff, J.Q. Doe, is GRANTED; *provided counsel files under seal plaintiff's name and address to be kept under seal filed by Clerk of Court. TFH* and it is further

ORDERED that the Plaintiff shall be exclusively referred to by her pseudonym "J.Q. Doe" in all papers and any other filings in this matter, and Plaintiff shall be permitted to list as her address as the address of her attorneys' office in any papers filed with the Court.

IT IS SO ORDERED *pending further order of the Court. TFH*

4/6/05
DATED

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Stephen M. Kohn
David K. Colapinto
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007-2756

U.S. DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE
1111 Constitution Ave., NW
Washington, D.C.  20224

U.S. OFFICE OF SPECIAL COUNSEL
1730 M Street, N.W., Suite 201
Washington, D.C. 20036-4505