UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.Q. DOE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05-CV-690 (PLF) |
| U.S. DEPARTMENT OF TREASURY, *et al.*, | ) |
| Defendants. | ) |

### STIPULATED PROTECTIVE ORDER

By order of April 6, 2005 plaintiff has been granted leave to proceed with a pseudonym, "pending further order of the Court." See Order of April 6, 2005 (Hogan, CJ). In order to permit defendants to learn the identity of the plaintiff, investigate the factual allegations in the Complaint, and determine whether "Doe" status is appropriate in this matter, IT IS HEREBY ORDERED that this Order shall govern the treatment of the identity of plaintiff, J.Q. Doe, as follows:

1. The identity of plaintiff shall be made known only to those listed in paragraph 2 of this Order for the sole purpose of investigating the factual allegations in the Complaint and determining whether "Doe" status is appropriate and otherwise shall not be disclosed, in any manner whatsoever (either orally, electronically or in written form), to anyone for any purpose, without modification of this Order.

2. The identity of plaintiff may be disclosed only to:

  a. attorneys for the parties to this litigation and persons regularly in the employ of the parties' attorneys assisting in this litigation;

  b. Department of Treasury, Internal Revenue Service and/or Office of Special Counsel employees who have a "need to know" for purposes of investigating the Complaint and determining whether "Doe" status is appropriate;

  c. persons reasonably believed to have information relevant to this action; provided that they agree not to disclose plaintiff Doe's identity to any other person so long as the identity of plaintiff is maintained by the court in a "Doe" status;

  d. the Court and its personnel.

  3. Should either of the parties or their respective attorneys wish to disclose the identity of plaintiff to any person other than those indicated in Paragraph 2, or for any purpose other than those indicated in Paragraph 1, counsel shall first seek to consult with opposing counsel to obtain consent to such disclosure. Thereafter, either party may, on motion, seek modification of this Protective Order from the Court.

  4. If, after investigation, defendants elect to challenge the grant of <u>Doe</u> status, the parties agree that the motion, opposition and reply and any exhibits or attachments thereto shall initially be filed under seal.

  5. If, after investigation, defendants do not challenge the grant of <u>Doe</u> status, the parties will confer and attempt to agree on a protective order that will supercede this order and govern further proceedings in this case.

  6. Any specific part or parts of the restrictions imposed by this Order may be terminated at any time by: (a) stipulation; or (b) order of the Court.

      7.    Defendants shall answer, move or otherwise respond to the Complaint forty-five days from the date that plaintiff's identity is disclosed to defendants, absent further order of the Court.

Respectfully submitted,

_____/s/_____
DAVID K. COLAPINTO, D.C. Bar No. 416390
STEPHEN M. KOHN, D.C. Bar No. 411513
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC  20007-2756
(202) 342-6980

Counsel for Plaintiff

_____/s/_____
GERALD A. ROLE, D.C. Bar No. 415274
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0461

Counsel for Defendant
U.S. Department of the Treasury
Internal Revenue Service

_____/s/_____
KENNETH L. WAINSTEIN [451058]
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE [171538]
Assistant United States Attorney

_____/s/_____

PETER D. BLUMBERG [463247]
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W,
Washington, D.C.  20530
(202) 514-7157

Counsel for Defendant
Office of Special Counsel


IT IS SO ORDERED

Dated: _____       _____
                                      HON. PAUL L. FRIEDMAN
                                      UNITED STATES DISTRICT JUDGE